# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JOHN HAYNES and <br> MARCIA LASHLEY, <br> <br> Plaintiffs, <br> <br> v. <br> <br> HAYLEY BREW, ESQ., <br> MCCALLA RAYMER LEIBERT PIERCE, LLC, <br> and MIDLAND MORTGAGE COMPANY, <br> <br> Defendants. | Civil Action No.: <br> 1:19-CV-05123-SDG-LTW |

## DEFENDANT MIDFIRST BANK'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and LR 3.3, N.D. Ga., Defendant MidFirst Bank ("MidFirst" or "Defendant")[1] respectfully states as follows:

---

[1] Plaintiffs have improperly named "Midland Mortgage Company" as a party-defendant in this action. Midland Mortgage operates as a division of MidFirst Bank, which Plaintiffs incorrectly identify in their Complaint at paragraph 11.4 as "Midland Mortgage Company, a Division of MidFirst Bank". MidFirst, not Midland Mortgage Company, is the servicer of the underlying residential mortgage loan as well as the holder of the security deed corresponding to the real property that is the subject of this action, and is therefore the proper party to respond to the allegations set forth in Plaintiffs' Complaint (ECF Doc. 1) and Amended Complaint (ECF Doc. 6). Midland Mortgage Company is a distinct corporate entity organized and existing under the laws of the State of Oklahoma and has no interest in the residential mortgage loan or security deed that are the subject of this action.

1.

**The undersigned counsel for Defendant certifies that the following is a full and complete list of all parties in this action, including any parent corporation and publically held corporation that owns 10% or more of the stock of Defendant:**

**Plaintiffs:** John Haynes and Marcia Lashley

**Defendant:** MidFirst Bank, McCalla Raymer Leibert Pierce, LLC, and Hayley Brew, Esq.

2.

**The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:**

Midland Mortgage is a division of MidFirst Bank. MidFirst Bank is a federally chartered savings association. MidFirst Bank is wholly owned by Midland Financial Co., a privately owned corporation.

3.

---

Upon review of Plaintiffs' Complaint (ECF Doc. 1) and Amended Complaint (ECF Doc. 6), the allegations asserted therein appear to be directed at the alleged conduct of MidFirst, not Midland Mortgage Company. In any event, for the reasons set forth in the instant motion, *infra*, Plaintiffs have failed to state any cognizable claim for relief against MidFirst or Midland Mortgage Company.

The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

| | |
|---|---|
| **Plaintiffs:** | *Pro Se* |
| **Defendant MidFirst Bank:** | Chad Shultz<br>Steven J. Flynn<br>55 Ivan Allen Jr. Blvd., NW, Suite 750<br>Atlanta, Georgia 30308<br>(404) 978-7316*<br>cshultz@grsm.com<br>sjflynn@grsm.com* |
| **Defendant McCalla, Raymer Leibert, Pierce, LLC:** | This party has not yet appeared in this action. |
| **Defendant Hayley Brew, Esq.:** | This party has not yet appeared in this action. |

Other than those listed above, Defendant is unaware of any other persons serving as attorneys for the parties in this proceeding.

RESPECTFULLY SUBMITTED, this 23rd day of December, 2019.

[SIGNATURE ON FOLLOWING PAGE]

**GORDON REES SCULLY MANSUKHANI, LLP**

/s/Steven J. Flynn
Chad Shultz
Georgia Bar No. 644440
Steven J. Flynn*
Georgia Bar No. 313040
55 Ivan Allen Jr. Blvd., NW
Suite 750
Atlanta, Georgia 30308
(404) 978-7316*
cshultz@grsm.com
sjflynn@grsm.com*
*Attorneys for Defendant MidFirst Bank*

# FONT CERTIFICATION

The undersigned further certifies that this document has been prepared in accordance with the formatting requirements designated in Local Rule 5.1.

RESPECTFULLY SUBMITTED, this 23rd day of December, 2019.

**GORDON REES SCULLY MANSUKHANI, LLP**

/s/Steven J. Flynn
Chad Shultz
Georgia Bar No. 644440
Steven J. Flynn*
Georgia Bar No. 313040
55 Ivan Allen Jr. Blvd., NW, Suite 750
Atlanta, Georgia 30308
(404) 978-7316*
cshultz@grsm.com
sjflynn@grsm.com*
*Attorneys for Defendant MidFirst Bank*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **DEFENDANT MIDFIRST BANK'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** has been sent electronically via the ECF system to registered users and by United States Mail, postage prepaid to:

> John Haynes, *pro se*
> Marcia Lashley, *pro se*
> 694 Stoneside Drive
> Stone Mountain, Georgia 30083
> *Plaintiffs*

RESPECTFULLY SUBMITTED, this 23rd day of December, 2019.

> **GORDON REES SCULLY MANSUKHANI, LLP**
>
> /s/Steven J. Flynn
> Chad Shultz
> Georgia Bar No. 644440
> Steven J. Flynn*
> Georgia Bar No. 313040
> 55 Ivan Allen Jr. Blvd., NW, Suite 750
> Atlanta, Georgia 30308
> (404) 978-7316*
> cshultz@grsm.com
> sjflynn@grsm.com*
> *Attorneys for Defendant MidFirst Bank*